SANKEL, SKURMAN & McCARTIN, LLP
Attorneys for Medallion Financial Corp.
477 Madison Avenue, Suite 530
New York, New York 10022
(212) 682-2288
Claudio Dessberg, Esq. (CD 0873)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

     40-01 NORTHERN BLVD. CORP.
     d/b/a TEQUILA SUNRISE II
     d/b/a TEQUILA SUNRISE,

               Debtor.

Chapter 11
Case No. 1-16-40159-ess

---

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND PAPERS

       PLEASE TAKE NOTICE that Sankel, Skurman & McCartin, LLP, as counsel for Medallion Financial Corp., creditor in the above-captioned case, hereby appears in the above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

               Claudio Dessberg, Esq.
               Sankel, Skurman & McCartin, LLP
               477 Madison Avenue, Suite 530
               New York, New York 10022
               (212) 682-2288 – Telephone
               (212) 659-0425 – Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned cases and proceedings therein. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
　　　　February 24, 2016

SANKEL, SKURMAN & McCARTIN, LLP
Attorneys for Creditor
Medallion Financial Corp.


By: _Claudio Dessberg_
　　　Claudio Dessberg, Esq.
477 Madison Avenue, Suite 530
New York, New York 10022
(212) 682-2288

I:\wpdata\M\Medallion\Concourse\Notice of Appearance and Demand for Notices and Papers 2-24-16.docx